UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARNE K. MITSKOG,

      Plaintiff,

v.

MERRICK B. GARLAND,
United States Attorney General, *et al*.,

      Defendants.

Case No. 20-cv-1154 (JMC)

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 20, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable order.

**SO ORDERED.**

Date: March 28, 2024

                                                                                                                  _____
                                                                                                                  JIA M. COBB
                                                                                                                   U.S District Court Judge